**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001335
03-MAR-2015
09:10 AM**

NO. CAAP-14-0001335

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


CHILD SUPPORT ENFORCEMENT AGENCY,
STATE OF HAWAI'I, Plaintiff-Appellee, v.
CHERILYN LEILANI MANGAOANG, Defendant-Appellant


APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-P NO. 03-1-0001)

ORDER DISMISSING APPEAL
(By: Foley, Presiding J., Fujise and Leonard, JJ.)

Upon review of the record, it appears that (1) on February 9, 2015, the court ordered Defendant-Appellant Cherilyn L. Mangaoang (Appellant), pro se, to show good cause why this case should not be dismissed for failure to pay the filing fee; (2) a response was due by February 19, 2015; and (3) Appellant did not file a response or take any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, March 3, 2015.

Presiding Judge

Associate Judge

Associate Judge